UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOBBY LOBBY STORES, INC., <br><br> Plaintiff, <br><br> -v- <br><br> CHRISTIE'S INC. and JOHN DOE #1, <br><br> Defendants. | Case No. 20-CV-2239 <br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and Declaration of Andrew M. Lankler and the exhibit attached thereto, Defendant Christie's Inc., by its attorneys Baker Botts L.L.P., will move this Court, as soon as counsel may be heard, before the Honorable Ann M. Donnelly, for an order to stay this proceeding and compel arbitration under the Federal Arbitration Act, 9 U.S.C. § 3.

Dated: August 18, 2020
New York, New York

BAKER BOTTS L.L.P.

/s/ *Andrew M. Lankler*
Andrew M. Lankler

30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 408-2516
Fax: (212) 259-2516
andrew.lankler@bakerbotts.com

*Attorneys for Defendant Christie's Inc.*

## **CERTIFICATE OF SERVICE**

      I, Andrew M. Lankler, hereby certify that on August 18, 2020, a copy of the foregoing NOTICE OF MOTION and the accompanying MEMORANDUM OF LAW and DECLARATION OF ANDREW M. LANKLER, were electronically filed with the clerk of the court of the United States District Court, Eastern District of New York, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). The documents will also be served on Plaintiff, by e-mail, to its counsel of record as follows:

Michael Joseph McCullough
Anju Uchima
Pearlstein & McCullough LLP
641 Lexington Avenue
13th Floor
New York, NY 10022
mmccullough@pmcounsel.com
auchima@pmcounsel.com

Duncan Patrick Levin
230 Park Avenue
Suite 440
New York, NY 10169
dlevin@tuckerlevin.com

                                                               /s/ *Andrew M. Lankler*
                                                               Andrew M. Lankler