**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

HOBBY LOBBY STORES, INC.,

    *Plaintiff*,

-against-

CHRISTIE'S, INC., et al.,

    *Defendants*.

Civil Action No. 20-cv-02239 (AMD)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law, and upon all pleadings and proceedings in this action, defendant Joseph David Hackmey ("Hackmey"), by his attorneys Pryor Cashman LLP, will and hereby does move this Court, before the Honorable Ann M. Donnelly, United States District Court Judge, Theodore Roosevelt United States Courthouse, 225 Cadman Plaza, Brooklyn, New York 11201, at a time and place to be set by the Court, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing plaintiff Hobby Lobby, Inc.'s First Amended Complaint in its entirety as against Hackmey, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Court's briefing schedule, opposition papers, if any, are due by June 9, 2021, and reply papers, if any, are due by June 23, 2021.

Dated: New York, New York
       May 10, 2021                    PRYOR CASHMAN LLP

                                        By: */s/ William L. Charron*
                                            William L. Charron
                                            wcharron@pryorcashman.com
                                            Haley C. Sylvester
                                            hsylvester@pryorcashman.com
                                  7 Times Square
                                  New York, New York 10036
                                  (212) 421-4100

                                  *Attorneys for Defendant*
                                  *Joseph David Hackmey*